UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23481-CIV-HOEVELER

PEDRO AMOR and others similarly situated,

    Plaintiffs,

v.

BRICKELL MOTORS, LLC, a Florida Corporation
d/b/a "BRICKELL MOTORS" and "BRICKELL HONDA";
MIAMI AUTOMOTIVE RETAIL, INC., d/b/a "BRICKELL
MOTORS" and "BRICKELL HONDA" and
ALEXANDER ANDREUS, individually, d/b/a
"BRICKELL MOTORS" and "BRICKELL HONDA,"

    Defendants.
_____/

## ORDER GRANTING, IN PART, DEFENDANTS' MOTION FOR CLARIFICATION, DENYING DEFENDANTS' MOTION FOR RECONSIDERATION, AND DENYING PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE comes before the Court on Defendants' Motion for Clarification/Reconsideration of the Court's Order of May 12, and Plaintiffs' Motion to Compel. As Defendants note in their motion for clarification, the Court's Order adopted the language proposed by Plaintiffs in their Motion for Conditional Certification as to the definition of a proposed class. The Court noted that the Plaintiffs' Complaint contained broader allegations, but followed Plaintiffs' own specific request as to the information requested from Defendants. Plaintiffs complain that Defendants are trying to re-litigate issues in this case, but it is Plaintiffs' own misstatement of the request for information that has created additional work in this matter.

The Court has reviewed the motions noted above, and it is hereby

ORDERED AND ADJUDGED that the Defendants' motion for clarification is GRANTED, in part, as follows. Page 3 of the Court's Order of May 12 is clarified such that Defendants shall produce a list of all former and current employees of the dealerships operating as "Brickell Motors" or "Brickell Honda" at any time from November 16, 2006, to the present.[1] The information and format thereof, as specified in the Court's Order of May 12, shall be provided to Plaintiffs' counsel no later than June 25, 2010. The Court's Order is also amended such that consent forms must be received by the Clerk of Court no later than August 13, 2010. The Order remains in effect as to all other aspects, and Defendants' motion for reconsideration is DENIED.

Further, it is

ORDERED AND ADJUDGED that Plaintiffs' motion to compel be DENIED, in light of the above.

DONE AND ORDERED in Chambers in Miami this 7th day of June 2010.

*WILLIAM M. HOEVELER*
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
Anthony F. Sanchez
Douglas T. Marx

---

[1] Defendants' recent argument that the provision of this information, i.e., a list of information for approximately 300 current and former employees, will have a "potentially catastrophic effect" on their business, is not compelling.